**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2374**

MARGARET REAVES,

Plaintiff – Appellant,

v.

SETERUS INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:15-cv-00387-FL)

Submitted: March 29, 2016      Decided: March 31, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Margaret Reaves, Appellant Pro Se. Brian Michael Rowlson, BRADLEY ARANT BOULT CUMMINGS LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margaret W. Reaves appeals the district court's order granting the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismissing the action as barred by the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reaves v. Seterus, Inc., No. 5:15-cv-00387-FL (E.D.N.C. Oct. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED